| | | | |
|---|---|---|---|
| | AUSA: | Andrew Picek | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Jimmie Pharr | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Michigan

United States of America
  v.
Dexter Johnson

Case: 2:26−mj−30332
Assigned To : Unassigned
Assign. Date : 6/3/2026
Description: RE: DEXTER
JOHNSON (EOB)

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2, 2026 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm or ammunition |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jimmie Pharr, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ June 3, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

### I.      INTRODUCTION

1.      I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division.  I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Officer for the City of Detroit for approximately three years, 2013-2016. During my employment with the Detroit Police Department, I conducted and participated in numerous

criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2.     This affidavit is in support of a criminal complaint and application for an arrest warrant for Dexter JOHNSON (B/M/XX/XX/XX72) for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3.     The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.     SUMMARY OF THE INVESTIGATION

4.     On June 2, 2026, the Detroit Police Department (DPD) obtained a search warrant for XXXX Alter Rd. Detroit, MI 48215 regarding a non-fatal shooting that occurred on May 17, 2026.

5.     On June 2, 2026, DPD executed the above referenced search warrant. Two female residents were present in the home. During the search, DPD officers encountered a separately locked bedroom on the

second floor of the residence and forced entry into the bedroom. The female residents identified other locations in the home as their bedrooms and/or living areas.

6.     Inside the locked upstairs bedroom, in the closet, officers found a Smith & Wesson pistol, model: M&P 15-22, caliber: .22, bearing serial number JAE7103. The pistol was inside a grey backpack, which was inside of a garbage bag. Officers also observed multiple pieces of mail addressed to JOHNSON in the upstairs bedroom, along with male clothing.

7.     The officers entered JOHNSON's name into the Law Enforcement Information Network (LEIN) which revealed JOHNSON to be a convicted felon.   In 1994, JOHNSON was convicted of second degree murder in the 3rd Circuit Court in Wayne County, Michigan. In 2019, JOHNSON was convicted of felon in possession of a firearm in the 3rd Circuit Court in Wayne County, Michigan.

8.     JOHNSON arrived at the residence, and officers arrested him for felon in possession of a firearm.

9.     In the 2019 case, Detroit Police Officers arrested JOHNSON at the same residence at XXXX Alter Rd. Detroit, MI 48215. At that

time, officers had entered the home to arrest JOHNSON after a reported assault. Officers heard JOHNSON on the second floor, and had him come downstairs, arrested him, and recovered a firearm.

10.   As an ATF Interstate Nexus Agent, I know that Smith & Wesson firearms are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce.

11.   JOHNSON is a convicted felon and was convicted of violations that were punishable for more than one year in prison. Additionally, per the Michigan Department of Corrections (MDOC), when JOHNSON was released from prison in June of 2023, he signed MDOC form CSJ-290 indicating he understood and was informed as a convicted felon he could not possess firearms.

### III.   CONCLUSION

12.   Probable cause exists that Dexter JOHNSON, a convicted felon, was in possession of a firearm, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

4

Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. David R. Grand
UNITED STATES MAGISTRATE JUDGE

Dated:   June 3, 2026

5